**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Molengo Mputu Pacha,**

                    Petitioner,

                                                    CIVIL ACTION NO. 1:26-11832-LTS

          V.

**David Wesling et al.,**

                    Respondents.

## ORDER OF DISMISSAL

Sorokin, D. J.


          In accordance with the Court's ELECTRONIC ORDER, Dkt. No. 10, dated May 7, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                        By the Court,


5/7/2026                                   /s/ Flaviana de Oliveira
    Date                                         Deputy Clerk